1    DANIEL G. BOGDEN
     United States Attorney
2

3    HOLLY A. VANCE
     Assistant United States Attorney
     100 West Liberty, Suite 600
4    Reno, Nevada  89501
     Tel: (775) 784-5438
5    Fax: (775) 784-5181

6

7

8                          **UNITED STATES DISTRICT COURT**

9                             **DISTRICT OF NEVADA**

10

11   JACK ADLER,                      )    Case No.  3:11-CV-00238-RCJ-VPC
                                       )
                 Plaintiff,            )
12                                     )
                                       )
13        v.                           )
                                       )    **NOTICE OF SUBSTITUTION**
     STUART ISHIMARU, in his officiual )    **REGARDING DEFENDANTS**
14   capacity as acting Chairman of    )
     THE U.S. EQUAL EMPLOYMENT         )
15   OPPORTUNITY COMMISSION,           )
     DANA JOHNSON, individually,       )
16   DAVID OFFEN-BROWN, individually,  )
     WILLIAM TAMAYO, individually, and )
17   DOES 1-10,                        )
                                       )
18               Defendants.           )
     _____)

19

20

21

22        PLEASE TAKE NOTICE THAT, based on the allegations that Defendant Stuart Ishimaru

23   acted in his official capacity and Defendants Dana Johnson, David Offen-Brown and William

24   Tamayo worked and acted as agents for the U.S. Equal Employment Opportunity Commission at

25   the time of the incident out of which Plaintiff's claims arose, and the provisions of 28 U.S.C.

26   Section 2679(b)(1) and (d)(1), the United States has been substituted as the party Defendant in

place of Defendants Stuart Ishimaru, Dana Johnson, David Offen-Brown and William Tamayo in the above-captioned action.  This action shall henceforth be deemed an action against the United States.

Dated this 24th day of June, 2011.

                                        Respectfully submitted,

                                        DANIEL BOGDEN
                                        United States Attorney


                                        /s/ Holly A. Vance
                                        HOLLY A. VANCE
                                        Assistant United States Attorney


ORDER.

IT IS SO ORDERED.

DATED:  THIS 21ST DAY OF JULY, 2011.

ROBERT C. JONES
CHIEF JUDGE

2