UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JACK ADLER, | ) | 3:11-CV-0238-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 6, 2012 |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) ) ) | |
| Defendants. | ) ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Kenneth J. McKenna, Esq. filed a motion to withdraw as counsel for plaintiff (#24). No opposition was filed. Therefore, the motion to withdraw as counsel (#24) is **GRANTED**.

Until and unless plaintiff obtains new counsel, he shall be deemed to be appearing *in pro se*. A copy of this order and all documents hereafter filed shall be served on plaintiff via regular mail at the following address:

> Jack Adler
> 3950 Plateau Road
> Reno, Nevada 89719
> Telephone: 775-560-6032

Plaintiff's "file for extending" (#25) is construed by the court as a motion for extension of time to file amended complaint and that motion is **GRANTED**. Plaintiff shall have to and including **Friday, April 6, 2012** to file an amended complaint. If plaintiff fails to timely file an amended complaint, the Clerk shall close this file pursuant to the order granting motion to dismiss (#10).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
         Deputy Clerk